# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-cr-00198-SRB-1 |
| ) | |
| RICHARD NIKOLAS GALLAGHER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge W. Brian Gaddy's Report and Recommendation (Doc. #51) to deny Defendant Richard Nikolas Gallagher's ("Defendant") initial Motion to Suppress Evidence (Doc. #23) and Defendant's Amended Motion to Suppress Evidence (Doc. #34). Defendant filed Objections to the Report and Recommendation. (Doc. #57.)

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections (Doc. #57), and ADOPTS Judge Gaddy's Report and Recommendation (Doc. #51). It is ORDERED that the Report and Recommendation be attached to and made a part of this Order. Defendant's initial Motion to Suppress Evidence (Doc. #23) and Defendant's Amended Motion to Suppress Evidence (Doc. #34) are DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE

Dated: April 22, 2024